IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE GARCIA-COSME, ET. AL,<br>Defendant. | CRIMINAL NO. 00-96 (SEC) |

### UNITED STATES OF AMERICA'S MOTION TO WITHDRAW ATTORNEY EDWIN O. VAZQUEZ AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of January 7, 2006, **Edwin O. Vázquez-Berríos, Esq.** is no longer an employee of this office and is not responsible for the prosecution of the above-referenced case.

2. Assistant U. S. Attorney Warren Vázquez is presently the attorney responsible for the prosecution of this case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Edwin O. Vázquez-Berríos, Esq. as to the electronic case notifications in the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 11th day of July, 2006.

ROSA E. RODRIGUEZ-VELEZ
United States Attorney

/S/ *Antonio R. Bazán-González*
Antonio R. Bazán  - USDC No. 117007
Assistant U. S. Attorney
Deputy Chief, Violent Crimes Section
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398
Email: antonio.bazan@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico this 11th day of July, 2006.

/S/ *Antonio R. Bazán-González*
Antonio R. Bazán  - USDC No. 117007
Assistant U. S. Attorney